UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLARK,

    Plaintiff,

vs                                                  Case No: 13-10251
                                                  Honorable Victoria A. Roberts

LISA GOMEZ,

    Defendant.
_____/

### ORDER DENYING LEAVE TO PROCEED
### IN FORMA PAUPERIS BASED ON THREE STRIKES

In accordance with the opinion issued today,

Plaintiff is **DENIED** leave to proceed in forma pauperis because he has three strikes and did not allege he was under imminent danger of serious physical injury at the time he filed his complaint.

Within 30 Days, Plaintiff must pay the filing fee of $400.00 to the Clerk of the Court. Failure to pay will result in dismissal of this case without prejudice. The MDOC must immediately stop taking any IFP payments out of Plaintiff's account.

**IT IS ORDERED**.

                                                  S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: August 22, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 22, 2013.

S/Linda Vertriest
Deputy Clerk