UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL CLARK,

    Plaintiff,

vs                                           Case No: 13-10251
                                              Honorable Victoria A. Roberts

LISA GOMEZ,

    Defendant.
_____/

## ORDER

Before this Court is "Plaintiff's Objection to Order Denying Plaintiff's Request for Court Order; Plaintiff's Motion to Appoint Counsel". (Doc. 45)

The Court reviews a non-dispositive order entered by a Magistrate Judge under a clearly erroneous or contrary to law standard of review. *See* Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b)(1)(A).

Upon review of the Magistrate Judge's Order, this Court finds that the Order is not erroneous or contrary to law.

Plaintiff's objections are **DENIED**.

The Court also **DENIES** Plaintiff's Motion to Appoint Counsel.

**IT IS ORDERED**.

                                              /s/ Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: August 22, 2013

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 22, 2013.

S/Linda Vertriest
Deputy Clerk